IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–54–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| OSIEL CRUZ PENA, *aka Osiel Pena Cruz*, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 47.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Osiel Cruz Pena is charged with conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count I), possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count II), and possession of a firearm in furtherance of a

1

drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count III). Judge DeSoto recommends that this Court accept Pena's guilty plea as to Count II of the Indictment after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 47) is ADOPTED in full.

IT IS FURTHER ORDERED that Pena's motion to change plea (Doc. 41) is GRANTED.

IT IS FURTHER ORDERED that Osiel Cruz Pena, aka Osiel Pena Cruz, is adjudged guilty as charged in Count II of the Indictment.

DATED this 22nd day of July, 2026.

Dana L. Christensen, District Judge
United States District Court